UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

3:24cv206

## PETITION

I, Sonni Rachel Waknin, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: UCLA Voting Rights Project

3250 Public Affairs Building

Los Angeles, CA 90095

Office Telephone: (310) 400-6019

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

See attached sheet.

My attorney Identification number is: CA 335337

FOR COURT USE ONLY

☐ GENERAL ADMISSION:

GRANTED BY THE COURT: _____ Date: _____

☒ SPECIAL ADMISSION: _Karoline Mehalchick_
GRANTED BY THE COURT: _____ Date: 2/12/24