Case Number: 3:24-cv-00206-KM Document Number: 8 User: EP Printed: 2/15/2024 1:07:42 PM

Frederick P. Rooney
Law Offices of Frederick P. Rooney
7 West Morton Street
P.O. Box C
Bethlehem, PA 18015

FILED
SCRANTON
FEB 29 2024
Per _____
DEPUTY CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

RECEIVED
SCRANTON
FEB 29 2024
PER CP
DEPUTY CLERK

UTK

NIXIE

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 18501114848     *2419-0116