Case Number: 3:24-cv-00206-KM Document Number: 9 User: EP Printed: 2/21/2024 10:25:33 AM

Frederick P. Rooney
Law Offices of Frederick P. Rooney
7 West Morton Street
P.O. Box C
Bethlehem, PA 18015

FILED
SCRANTON
MAR 04 2024
PER _____
DEPUTY CLERK

OFFICE OF THE CLERK
) STATES DISTRICT COURT
E DISTRICT OF PENNSYLVANIA
ALON FEDERAL BLDG. & U.S. COURTHOUSE
NORTH WASHINGTON AVENUE
P.O. BOX 1148
CRANTON, PA 18501-1148

OFFICIAL BUSINESS

RECEIVED
SCRANTON
MAR 04 2024
PER  DJ
DEPUTY CLERK

US POSTAGE ᴵᴹᴵ PITNEY BOWES
FIRST-CLASS
ZIP 18501
02 7W   $ 000.64⁰
0008028835 FEB. 21. 2024

UTF

NIXIE    171   FE 1    0002/29/24
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 18501114848    *0619-02243-21-42

18501>1148
18015$0425 BC

1