Case Number: 3:24-cv-00206-KM Document Number: 10 User: EP Printed: 2/21/2024 10:25:52 AM

Frederick P. Rooney
Law Offices of Frederick P. Rooney
7 West Morton Street
P.O. Box C
Bethlehem, PA 18015

**FILED
SCRANTON**

MAR 0 4 2024

PER _____
DEPUTY CLERK

OFFICE OF THE CLERK
STATES DISTRICT COURT
DISTRICT OF PENNSYLVANIA
LON FEDERAL BLDG. & U.S. COURTHOUSE
ORTH WASHINGTON AVENUE
P.O. BOX 1148
RANTON, PA 18501-1148

OFFICIAL BUSINESS

FIRST-CLASS

US POSTAGE ™ PITNEY BOWES
ZIP 18501 $ 000.64⁰
02 7W
0008028835 FEB. 21. 2024

**RECEIVED
SCRANTON**

MAR 0 4 2024

PER ___DJ___
DEPUTY CLERK

UTF

NIXIE         171   FE  1           0002/29/24
         RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

BC: 18501114848      *0619-02244-21-42