# EXHIBIT "C"

# School Director-Hazleton Area School District (4 Year Term) (DEM) (Vote for 5)
## DEM

Precincts Reported: 32 of 32 (100.00%)

|  |  | Election Day | Mail-In | Provisional | Total |  |
|---|---|---|---|---|---|---|
| Times Cast |  | 2,060 | 1,406 | 10 | 3,476 / 14,170 | 24.53% |

| Candidate | Party | Election Day | Mail-In | Provisional | Total |
|---|---|---|---|---|---|
| Taira Ferreras | DEM | 532 | 409 | 6 | 947 |
| Robert Childs | DEM | 1,018 | 783 | 7 | 1,808 |
| Daniel Jorge | DEM | 374 | 299 | 4 | 677 |
| Ivelisse Childs | DEM | 782 | 600 | 6 | 1,388 |
| Tony Bonomo | DEM | 723 | 520 | 0 | 1,243 |
| Jackie Scarcella | DEM | 525 | 413 | 1 | 939 |
| Joseph Zeller Jr | DEM | 462 | 309 | 1 | 772 |
| Ellen McBride | DEM | 695 | 601 | 2 | 1,298 |
| Peter T Bard | DEM | 394 | 249 | 1 | 644 |
| Carmella Yenkevich | DEM | 537 | 581 | 3 | 1,121 |
| James G Chapman | DEM | 611 | 410 | 0 | 1,021 |
| Joseph J Barletta | DEM | 633 | 376 | 0 | 1,009 |
| Write-in |  | 20 | 10 | 3 | 33 |
| Total Votes |  | 7,306 | 5,560 | 34 | 12,900 |

|  |  | Election Day | Mail-In | Provisional | Total |
|---|---|---|---|---|---|
| Cindee Deluca | WRITE-IN | 1 | 0 | 1 | 2 |
| Jacqueline Scarcella | WRITE-IN | 0 | 0 | 1 | 1 |
| Ivelisse Eufrocio | WRITE-IN | 0 | 0 | 1 | 1 |
| George Smith | WRITE-IN | 1 | 0 | 0 | 1 |
| Kristopher Koslop | WRITE-IN | 0 | 2 | 0 | 2 |
| Carol Makuta | WRITE-IN | 3 | 2 | 0 | 5 |
| Sharon Turse | WRITE-IN | 0 | 1 | 0 | 1 |
| Jeffrey Turse | WRITE-IN | 0 | 1 | 0 | 1 |
| Mike Bartholomew | WRITE-IN | 1 | 0 | 0 | 1 |
| Matthew Mallets | WRITE-IN | 1 | 0 | 0 | 1 |
| John Busher | WRITE-IN | 1 | 0 | 0 | 1 |
| Mark Benyo | WRITE-IN | 1 | 0 | 0 | 1 |
| Reyna Logsdon | WRITE-IN | 2 | 0 | 0 | 2 |
| Ty Palmieri | WRITE-IN | 1 | 0 | 0 | 1 |
| Sanguedolce | WRITE-IN | 2 | 0 | 0 | 2 |
| James J Chapman | WRITE-IN | 0 | 0 | 0 | 0 |
| Dr. Childs | WRITE-IN | 1 | 0 | 0 | 1 |
| Mrs. Childs | WRITE-IN | 1 | 0 | 0 | 1 |
| Fred Mariano | WRITE-IN | 1 | 0 | 0 | 1 |
| Julia Puza | WRITE-IN | 2 | 0 | 0 | 2 |
| John Niles | WRITE-IN | 1 | 0 | 0 | 1 |
| Jesse Ziegler | WRITE-IN | 0 | 0 | 0 | 0 |
| Grace Ziegler | WRITE-IN | 0 | 0 | 0 | 0 |
| Gregory Johnson | WRITE-IN | 0 | 0 | 0 | 0 |
| Meghan Lizbinski | WRITE-IN | 0 | 1 | 0 | 1 |
| Sam Sanguedolce | WRITE-IN | 0 | 0 | 0 | 0 |

|  |  | Election Day | Mail-In | Provisional | Total |
|---|---|---|---|---|---|
| Amilcar Arroyo | WRITE-IN | 0 | 2 | 0 | 2 |
| Robert Childe | WRITE-IN | 0 | 1 | 0 | 1 |

## School Director-Hazleton Area School District (2 Year Term) (DEM) (Vote for 1)
## DEM

Precincts Reported: 32 of 32 (100.00%)

|  |  | Election Day | Mail-In | Provisional | Total |  |
|---|---|---|---|---|---|---|
| Times Cast |  | 2,060 | 1,406 | 10 | 3,476 / 14,170 | 24.53% |
| Candidate | Party | Election Day | Mail-In | Provisional | Total |  |
| Taira Ferreras | DEM | 520 | 312 | 8 | 840 |  |
| Jackie Scarcella | DEM | 529 | 377 | 0 | 906 |  |
| Carol Makuta |  | 593 | 517 | 0 | 1,110 |  |
| Write-in |  | 23 | 3 | 1 | 27 |  |
| Total Votes |  | 1,665 | 1,209 | 9 | 2,883 |  |

|  |  | Election Day | Mail-In | Provisional | Total |
|---|---|---|---|---|---|
| Cindee Deluca | WRITE-IN | 0 | 0 | 1 | 1 |
| Daniel Jorge | WRITE-IN | 3 | 0 | 0 | 3 |
| Sharon Turse | WRITE-IN | 0 | 1 | 0 | 1 |
| Reyna Logsdon | WRITE-IN | 2 | 0 | 0 | 2 |
| Robert Childs | WRITE-IN | 2 | 0 | 0 | 2 |
| Carol Racho | WRITE-IN | 1 | 0 | 0 | 1 |
| Mark Benyo | WRITE-IN | 1 | 0 | 0 | 1 |
| Fred Mariano | WRITE-IN | 1 | 0 | 0 | 1 |
| Dr. Childs | WRITE-IN | 2 | 0 | 0 | 2 |
| Julia Puza | WRITE-IN | 1 | 0 | 0 | 1 |
| Gregory Johnson | WRITE-IN | 1 | 0 | 0 | 1 |
| Peter T Bard | WRITE-IN | 1 | 0 | 0 | 1 |
| Tony Bongmo | WRITE-IN | 0 | 0 | 0 | 0 |
| Sam Samguedolce | WRITE-IN | 0 | 0 | 0 | 0 |
| Joseh J Barletta | WRITE-IN | 0 | 1 | 0 | 1 |
| Tony Bonomo | WRITE-IN | 8 | 1 | 0 | 9 |

|  |  | Election Day | Mail-In | Provisional | Total |
|---|---|---|---|---|---|
| Victor Kopko | WRITE-IN | 1 | 0 | 0 | 1 |
| Matthew Beecham | WRITE-IN | 1 | 0 | 0 | 1 |
| Jacob S Hyder | WRITE-IN | 0 | 6 | 0 | 6 |
| Michael D Mazur | WRITE-IN | 0 | 7 | 0 | 7 |
| Ann Marie Mantione | WRITE-IN | 0 | 1 | 0 | 1 |
| John Mahle | WRITE-IN | 11 | 3 | 0 | 14 |
| Stacy Bleich | WRITE-IN | 0 | 2 | 0 | 2 |
| Paul Halesey | WRITE-IN | 0 | 1 | 0 | 1 |
| Donald Ricko | WRITE-IN | 0 | 1 | 0 | 1 |
| Steve Skiro | WRITE-IN | 0 | 1 | 0 | 1 |
| Mike Lewis | WRITE-IN | 0 | 1 | 0 | 1 |
| Henry P. Aftewicz | WRITE-IN | 0 | 1 | 0 | 1 |
| Marc Abels | WRITE-IN | 0 | 1 | 0 | 1 |
| Jody Kessinger | WRITE-IN | 0 | 1 | 0 | 1 |
| Stacy Ann Bierch | WRITE-IN | 0 | 1 | 0 | 1 |
| Richard Oravic | WRITE-IN | 0 | 1 | 0 | 1 |
| Rick Stevens | WRITE-IN | 0 | 1 | 0 | 1 |
| Brian C. McDermott | WRITE-IN | 2 | 3 | 0 | 5 |
| McDermott | WRITE-IN | 9 | 1 | 0 | 10 |
| Redick | WRITE-IN | 8 | 1 | 0 | 9 |
| Hyder | WRITE-IN | 8 | 1 | 0 | 9 |
| Mazur | WRITE-IN | 8 | 1 | 0 | 9 |
| Holygren | WRITE-IN | 0 | 1 | 0 | 1 |
| Ruth M Sorbor | WRITE-IN | 0 | 1 | 0 | 1 |

## School Director-Hazleton Area School District (4 Year Term) (REP) (Vote for 5)
### REP

Precincts Reported: 32 of 32 (100.00%)

|  |  | Election Day | Mail-In | Provisional | Total |  |
|---|---|---|---|---|---|---|
| Times Cast |  | 4,497 | 828 | 5 | 5,330 / 16,360 | 32.58% |
| Candidate | Party | Election Day | Mail-In | Provisional | Total |  |
| Peter T Bard | REP | 1,385 | 229 | 1 | 1,615 |  |
| James G Chapman | REP | 1,713 | 308 | 0 | 2,021 |  |
| Ellen McBride | REP | 1,693 | 352 | 1 | 2,046 |  |
| Tony Bonomo | REP | 2,053 | 378 | 1 | 2,432 |  |
| Jackie Scarcella | REP | 1,357 | 270 | 2 | 1,629 |  |
| Robert Childs | REP | 1,698 | 350 | 2 | 2,050 |  |
| Joseph J Barletta | REP | 2,237 | 371 | 2 | 2,610 |  |
| Ivelisse Childs | REP | 1,028 | 231 | 2 | 1,261 |  |
| Joseph Zeller Jr | REP | 1,602 | 274 | 2 | 1,878 |  |
| Carmella Yenkevich | REP | 1,430 | 365 | 3 | 1,798 |  |
| Write-in |  | 79 | 17 | 0 | 96 |  |
| Total Votes |  | 16,275 | 3,145 | 16 | 19,436 |  |

|  |  | Election Day | Mail-In | Provisional | Total |
|---|---|---|---|---|---|
| Sean M. Donahue | WRITE-IN | 1 | 0 | 0 | 1 |
| Debbie Jordan | WRITE-IN | 1 | 0 | 0 | 1 |
| Gene Babula | WRITE-IN | 2 | 0 | 0 | 2 |

|  |  | Election Day | Mail-In | Provisional | Total |  |
|---|---|---|---|---|---|---|
| Richard DeLuca | WRITE-IN | 2 | 0 | 0 | 2 |  |
| Robert Roman | WRITE-IN | 1 | 0 | 0 | 1 |  |
| Jorge | WRITE-IN | 1 | 0 | 0 | 1 |  |
| Daniel G Jorge | WRITE-IN | 1 | 0 | 0 | 1 |  |
| Alex Mclean | WRITE-IN | 0 | 0 | 0 | 0 |  |
| James Mehalick | WRITE-IN | 0 | 2 | 0 | 2 |  |
| Donna Mehalick | WRITE-IN | 0 | 2 | 0 | 2 |  |
|  | WRITE-IN | 7 | 1 | 0 | 8 |  |
| Julia Puza | WRITE-IN | 3 | 0 | 0 | 3 |  |
| Bob Fiume | WRITE-IN | 0 | 1 | 0 | 1 |  |
| Joe Brandon | WRITE-IN | 0 | 1 | 0 | 1 |  |
| Randy Yaisif | WRITE-IN | 1 | 0 | 0 | 1 |  |
| Cindy Deluca | WRITE-IN | 2 | 0 | 0 | 2 |  |
| John Corra | WRITE-IN | 1 | 0 | 0 | 1 |  |
| Johnny Corra | WRITE-IN | 1 | 0 | 0 | 1 |  |
| Frederick Utermohlen | WRITE-IN | 1 | 0 | 0 | 1 |  |
| Kevin Utermohlen | WRITE-IN | 1 | 0 | 0 | 1 |  |
| Jenifer Smith | WRITE-IN | 1 | 0 | 0 | 1 |  |
| Carol Makuta | WRITE-IN | 2 | 0 | 0 | 2 |  |
| Alexander D. Clasin | WRITE-IN | 1 | 0 | 0 | 1 |  |
| Deborah Jordan | WRITE-IN | 3 | 0 | 0 | 3 |  |
| Debra Gordon | WRITE-IN | 5 | 0 | 0 | 5 |  |
| Carl Yorina | WRITE-IN | 0 | 0 | 0 | 0 |  |
| Joseph C. Zola | WRITE-IN | 2 | 0 | 0 | 2 |  |
| Howard Stern | WRITE-IN | 1 | 0 | 0 | 1 |  |
| Rick James | WRITE-IN | 1 | 0 | 0 | 1 |  |
| Nick Larock | WRITE-IN | 1 | 0 | 0 | 1 |  |
| V. Fink | WRITE-IN | 1 | 0 | 0 | 1 |  |
| Becca Larock | WRITE-IN | 1 | 0 | 0 | 1 |  |
| Rita Mayens | WRITE-IN | 1 | 0 | 0 | 1 |  |
| Cindee Deluca | WRITE-IN | 11 | 0 | 0 | 11 |  |
| Melissa Kramer | WRITE-IN | 1 | 0 | 0 | 1 |  |
| Matthew Krone | WRITE-IN | 1 | 0 | 0 | 1 |  |
| Lisa Calabrese | WRITE-IN | 1 | 0 | 0 | 1 |  |
| NO CRT | WRITE-IN | 1 | 0 | 0 | 1 |  |
| Leann Busch | WRITE-IN | 2 | 0 | 0 | 2 |  |
| John Shelley | WRITE-IN | 1 | 0 | 0 | 1 |  |
| Robert C. Barilli | WRITE-IN | 0 | 0 | 0 | 0 |  |
| Eileen M. Barrilli | WRITE-IN | 1 | 0 | 0 | 1 |  |
| Robert  C. Barrilli | WRITE-IN | 1 | 0 | 0 | 1 |  |
| Ferreras | WRITE-IN | 2 | 0 | 0 | 2 |  |
| Makuta | WRITE-IN | 1 | 0 | 0 | 1 |  |
| John Busher | WRITE-IN | 0 | 0 | 0 | 0 |  |
| Platek | WRITE-IN | 1 | 0 | 0 | 1 |  |
| Mitchell | WRITE-IN | 1 | 0 | 0 | 1 |  |
| Bianes | WRITE-IN | 1 | 0 | 0 | 1 |  |
| Wister Yuhas | WRITE-IN | 1 | 0 | 0 | 1 |  |
| Robert Ritz Jr | WRITE-IN | 1 | 0 | 0 | 1 |  |

|  |  | Election Day | Mail-In | Provisional | Total |
|---|---|---|---|---|---|
| Anton LaVey | WRITE-IN | 1 | 0 | 0 | 1 |
| Taira Ferreras | WRITE-IN | 4 | 3 | 0 | 7 |
| Jon Gorski | WRITE-IN | 0 | 1 | 0 | 1 |
| Nichole Gorski | WRITE-IN | 0 | 1 | 0 | 1 |
| Joseph Murmello | WRITE-IN | 0 | 1 | 0 | 1 |
| Robert Falatko | WRITE-IN | 0 | 1 | 0 | 1 |
| Pedro Maunas | WRITE-IN | 0 | 1 | 0 | 1 |
| Joe Hisney | WRITE-IN | 0 | 1 | 0 | 1 |
| Joseph Hisney | WRITE-IN | 0 | 1 | 0 | 1 |

## School Director-Hazleton Area School District (2 Year Term) (REP) (Vote for 1)

## REP

Precincts Reported: 32 of 32 (100.00%)

|  |  | Election Day | Mail-In | Provisional | Total |  |
|---|---|---|---|---|---|---|
| Times Cast |  | 4,497 | 828 | 5 | 5,330 / 16,360 | 32.58% |
| Candidate | Party | Election Day | Mail-In | Provisional | Total |  |
| Tony Bonomo | REP | 2,048 | 344 | 0 | 2,392 |  |
| Carol Makuta | REP | 1,686 | 391 | 4 | 2,081 |  |
| Write-in |  | 24 | 5 | 0 | 29 |  |
| Total Votes |  | 3,758 | 740 | 4 | 4,502 |  |

|  |  | Election Day | Mail-In | Provisional | Total |
|---|---|---|---|---|---|
| Robert Ivelissa | WRITE-IN | 1 | 0 | 0 | 1 |
| Sean M. Donahue | WRITE-IN | 1 | 0 | 0 | 1 |
| Daniel Jorge | WRITE-IN | 1 | 0 | 0 | 1 |
| Alex Mclean | WRITE-IN | 1 | 0 | 0 | 1 |
| James Mehalick | WRITE-IN | 0 | 2 | 0 | 2 |
| Michael V. Barron | WRITE-IN | 1 | 0 | 0 | 1 |
| Kevin Utermohlen | WRITE-IN | 1 | 0 | 0 | 1 |
| Taira Ferreras | WRITE-IN | 2 | 0 | 0 | 2 |
| Carmella Yenisvich | WRITE-IN | 2 | 0 | 0 | 2 |
| Erica Galada | WRITE-IN | 1 | 0 | 0 | 1 |
| Joe Balls | WRITE-IN | 1 | 0 | 0 | 1 |
| Jackie Scarcella | WRITE-IN | 8 | 0 | 0 | 8 |
| Robert Childs | WRITE-IN | 1 | 0 | 0 | 1 |
| Taira Ferras | WRITE-IN | 1 | 0 | 0 | 1 |
| Childs | WRITE-IN | 1 | 0 | 0 | 1 |
| Anton LaVey | WRITE-IN | 1 | 0 | 0 | 1 |
| James G Chapman | WRITE-IN | 0 | 1 | 0 | 1 |
| Robert Falatko | WRITE-IN | 0 | 1 | 0 | 1 |
| Joe Hisney | WRITE-IN | 0 | 1 | 0 | 1 |