IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEIDA AQUINO and BRENDALIS LOPEZ, | : |
| Plaintiffs, | : |
| v. | : NO. 24-CV-00206 |
| HAZLETON AREA SCHOOL DISTRICT, | : JUDGE MEHALCHICK |
| Defendant. | : ELECTRONICALLY FILED |

## ORDER

AND NOW, this 10th day of April 2024, upon consideration of Plaintiffs' Unopposed Motion for Enlargement of Time to File Opposition Brief, IT IS HEREBY ORDERED THAT the Motion is GRANTED. Plaintiffs' Opposition Brief is hereby extended seven (7) days, or until April 24, 2024.

BY THE COURT:

*Karoline Mehalchick*
KAROLINE MEHALCHICK
United States District Judge