IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEIDA AQUINO and BRENDALIS LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>HAZLETON AREA SCHOOL DISTRICT<br><br>Defendant. | Civil Action No. 3:24-cv-00206 |

**DEFENDANT HAZLETON AREA SCHOOL DISTRICT'S
UNOPPOSED MOTION TO ENLARGE TIME TO FILE REPLY BRIEF**

Pursuant to Rule 7.1 of the Local Rules of Court, Defendant Hazleton Area School District ("HASD"), by and through its undersigned counsel, hereby moves for an enlargement of the deadline to file a Reply in Support of its Motion to Dismiss Plaintiffs' Complaint until May 15, 2024. In support of this Motion, HASD avers the following:

1. On or about February 5, 2024, Plaintiffs Aleida Aquino and Brendalis Lopez ("Plaintiffs") filed a Complaint against HASD in the United States District Court for the Middle District of Pennsylvania, and the matter was assigned Civil Action No. 3:24-cv-00206 (ECF No. 1).

2. On April 3, 2024, HASD filed a Motion to Dismiss Plaintiff's Complaint with supporting Memorandum of Law (ECF Nos. 21 and 22).

3. On April 15, 2024, Plaintiffs submitted an Unopposed Motion for Enlargement of Time to File an Opposition Brief (ECF No. 24).

4. On April 16, 2024, this Honorable Court granted Plaintiffs' Unopposed Motion for Enlargement of Time (ECF No. 25).

5. On April 24, 2024, Plaintiffs filed a Memorandum of Law in Opposition to HASD's Motion to Dismiss (ECF No. 26).

6. Pursuant to Local Rule 7.7, HASD's Reply Brief is due on or before May 8, 2024.

7. Due to professional commitments and timing issues involving counsel, HASD respectfully requests an extension of seven (7) days or until May 15, 2024 to file its Reply in Support of Motion to Dismiss Plaintiffs' Complaint.

8. Counsel for Plaintiffs concurs in this Motion.

**WHEREFORE**, HASD respectfully requests that this Honorable Court enlarge the deadline to file a Reply in Support of HASD's Motion to Dismiss Plaintiffs' Complaint until May 15, 2024.

Respectfully submitted:

Dated: May 6, 2024

_____
Eric A. Fitzgerald, Esquire
McAngus, Goudelock & Courie, LLC
2000 Market Street, Suite 780
Philadelphia, PA 19103

                          Mailing Address: P.O. Box 12519
                          Columbia, SC 29211
                          Phone: (484) 406-4200
                          Email: eric.fitzgerald@mgclaw.com
                          *Attorney for Defendant,*
                          *Hazleton Area School District*