**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALEIDA AQUINO and BRENDALIS LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>HAZLETON AREA SCHOOL DISTRICT<br><br>Defendant. | Civil Action No. 3:24-cv-00206 |

## CERTIFICATE OF CONCURRENCE

I, Eric A. Fitzgerald, Esquire, hereby certify that I sought the concurrence of Richard L. Armezzani, Esquire, counsel for Plaintiffs, in this Motion. Mr. Armezzani concurs in this Motion.

_____
Eric A. Fitzgerald

Date:  May 6, 2024