### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEIDA AQUINO and BRENDALIS LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>HAZLETON AREA SCHOOL DISTRICT<br><br>Defendant. | Civil Action No. 3:24-cv-00206 |

### CERTIFICATE OF SERVICE

I, Eric. A. Fitzgerald, Esquire, hereby certify that a true and correct copy of the foregoing Unopposed Motion to Enlarge Time was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing by ECF on all counsel of record on this 6th day of May 2024.

_____
Eric A. Fitzgerald