IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEIDA AQUINO and BRENDALIS LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>HAZLETON AREA SCHOOL DISTRICT<br><br>Defendant. | Civil Action No. 3:24-cv-00206 |

## ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of Defendant Hazleton Area School District's ("HASD") Unopposed Motion to Enlarge Time to File Reply Brief, it is hereby **ORDERED** as follows:

1. HASD's Unopposed Motion to Enlarge Time to File Reply Brief is **GRANTED**; and

2. HASD shall file a Reply in Support of its Motion to Dismiss Plaintiffs' Complaint on or before May 15, 2024.

BY THE COURT:

_____
MEHALCHICK, KAROLINE, J.