Case Number: 3:24-cv-00206-KM Document Number: 25 User: EP Printed: 4/16/2024 2:56:08 PM

Frederick P. Rooney
Law Offices of Frederick P. Rooney
7 West Morton Street
P.O. Box C
Bethlehem, PA 18015

**FILED**
**SCRANTON**

MAY 15 2024

PER _____
DEPUTY CLERK

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

FIRST-CLASS

US POSTAGE
ZIP 18501
02 7W
0008028835

**RECEIVED**
**SCRANTON**

MAY 15 2024

PER _____
DEPUTY CLERK

*unk?*

NIXIE    171  FE 1       0005/13
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 18501114848    *0619-00227-16