Case Number: 3:24-cv-00206-KM Document Number: 29 User: EP Printed: 5/8/2024 3:12:44 PM

Frederick P. Rooney
Law Offices of Frederick P. Rooney
7 West Morton Street
P.O. Box C
Bethlehem, PA 18015

OFFICE OF THE CLERK
ED STATES DISTRICT COURT
DLE DISTRICT OF PENNSYLVANIA
NEALON FEDERAL BLDG. & U.S. COURTHOUSE
35 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

RECEIVED SCRANTON
MAY 20 2024
PER EP
DEPUTY CLERK



unk?

US POSTAGE ℞ PITNEY BOWES
FIRST-CLASS
ZIP 18501
02 7W
0008028835  $ 000.64
MAY. 08. 2024

NIXIE     171     FE 1          0005/15/24
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 18501114848     *0619-07895-08-41

FILED SCRANTON
MAY 20 2024
PER
DEPUTY CLERK