Case Number: 3:24-cv-00206-KM Document Number: 36 User: EP Printed: 9/10/2024 8:55:11 AM

Frederick P. Rooney
Law Offices of Frederick P. Rooney
7 West Morton Street
P.O. Box C
Bethlehem, PA 18015

**FILED**
**SCRANTON**

SEP 30 2024

PER _____
DEPUTY CLERK

---

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

RECEIVED
SCRANTON

SEP 30 2024

PER _____
DEPUTY CLERK



FIRST-CLASS
US POST
ZIP 1850
02 7W
0008028





NIXIE    171    DC 1    000
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 18501114848    *1196-016: