**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR    :
ADMISSION TO PRACTICE IN THIS COURT  :   *3:24cv206*

**PETITION**

I, John G. O'Neill _____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address:     McAngus, Goudelock and Courie PLLC

     53 State Street, Suite 1305

     Boston, MA 02109

Office Telephone:   617-830-7424

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Massachusetts: December 1995; New York: May 1997

Federal Court: Massachusetts District, January 1997; 1st Circuit: November 2001;

2nd Circuit: June 2020; 4th Circuit: November 2023

My attorney Identification number is: 630272 _____

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____ Date: _____

_____ SPECIAL ADMISSION:

GRANTED BY THE COURT *Karoline Mehalchick* Date: *10/11/24*