UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEIDA AQUINO & BRENDALIS LOPEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>HAZLETON AREA SCHOOL DISTRICT,<br><br>        Defendant. | CIVIL ACTION NO. 3:24-CV-00206<br><br>(MEHALCHICK, J.) |

**ORDER**

**AND NOW**, this 28th day of October, 2024, for the reasons set forth in the Memorandum Opinion concurrently filed herewith, **IT IS HEREBY ORDERED** that the Hazleton Area School District's motion to dismiss (Doc. 21) is **DENIED**.

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**