Case Number: 3:24-cv-00206-KM Document Number: 45 User: EP Printed: 11/8/2024 3:02:53 PM

Frederick P. Rooney
Law Offices of Frederick P. Rooney
7 West Morton Street
P.O. Box C
Bethlehem, PA 18015



FILED
SCRANTON
NOV 21 2024
Per_____
DEPUTY CLERK



OFFICE OF THE CLERK
STATES DISTRICT COURT
DISTRICT OF PENNSYLVANIA
-ON FEDERAL BLDG. & U.S. COURTHOUSE
ORTH WASHINGTON AVENUE
P.O. BOX 1148
RANTON, PA 18501-1148

OFFICIAL BUSINESS

RECEIVED
SCRANTON
NOV 21 2024
PER ___DJ___
DEPUTY CLERK

FIRST-CLASS

US POSTAGE ™ PITNEY BOWES
ZIP 18501
02 7W    $ 000.69⁰
0008028835 NOV. 08. 2024

NIXIE    171    DE 1    0011/18/24
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
BC: 18501114848    *1119-08929-18-47