IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEIDA AQUINO and BRENDALIS LOPEZ,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>HAZLETON AREA SCHOOL DISTRICT,<br><br>　　　　Defendant. | NO. 3:24-CV-00206 |

## CERTIFICATE OF SERVICE

I, Erin E. Lamb, hereby certify that on September 29, 2025 a true and correct copy of the foregoing Notice of Appearance was served upon all counsel of record via the Court's electronic filing system.

　　　　　　　　　　　　　　　　MCANGUS GOUDELOCK & COURIE, LLC

　　　　　　　　　　　　　　　　*Erin E. Lamb*

　　　　　　　　　　　　　　　　Erin E. Lamb (PA ID No. 309039)
　　　　　　　　　　　　　　　　Erin.Lamb@mgclaw.com
　　　　　　　　　　　　　　　　2000 Market Street, Suite 2850
　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　Telephone: (484) 406-4200
　　　　　　　　　　　　　　　　Fax: (215) 501-5374
　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　Hazelton Area School District

Dated: September 29, 2025