# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRENDALIS LOPEZ and
EMMANUEL MARTINEZ,

      Plaintiffs,

  v.

HAZLETON AREA SCHOOL
DISTRICT,

      Defendant.

NO. 3:24-CV-00206

## <u>JOINT MOTION TO EXTEND DEADLINES BY NINETY (90) DAYS</u>

Defendant Hazleton Area School District ("HASD") and Plaintiffs Brendalis Lopez and Emmanuel Martinez (the "Parties") jointly bring this Motion to Extend All Deadlines by 90 Days and in support thereof, aver as follows:

1.     This matter is brought under Section 2 of the Voting Rights Act of 165, 52 U.S.C. §10301 and the 14th Amendment to the United States Constitution. Plaintiffs allege that the current method of electing directors to the Hazleton Area School Board diminishes the voting strength of Hispanics. <u>See</u>, Plaintiff's Complaint, ECF No. 100, *generally*.

2.     The Parties have worked diligently through discovery issues, including the need to procure and exchange large volumes of electronic documents.

3.     The Parties have been actively negotiating appropriate search terms for HASD to search in order to fully respond to Plaintiffs' Requests for Production of Documents Nos. 23 and 25.

4.     A search of the terms requested has resulted in at least 20,000 additional documents to be reviewed and produced, in addition to 12,000 that are already in the review process.

5.    Because 32,000 documents are currently being reviewed by counsel for HASD, and then need to be produced and reviewed by Plaintiffs, the Parties have agreed to and are seeking an additional 90 days in discovery.

6.    The parties have also agreed that all documents responsive to Request for Production of Documents Nos. 23 and 25 will be produced by HASD by May 1, 2026.

7.    The current case management order states that fact discovery is to be completed by April 13, 2026; Plaintiff's Expert Reports are to be completed by May 11, 2026; Defendant's Expert Reports are to be completed by June 8, 2026; Supplemental Expert Reports are to be completed by June 22, 2026; and Dispositive Motions and Supporting Briefs are to be completed by August 10, 2026. (ECF No. 87).

8.    The Parties respectfully request that this Court enter an Order extending said deadlines 90 days. A proposed Order is attached.

**Respectfully Submitted,**

*/s/ Richard L. Armezzani*
*/s/ Donna A. Walsh*
*/s/ Daniel T. Brier*
*/s/ Patrick J. Brier*
**Myers, Brier & Kelly, LLP**
Richard L. Armezzani, Esq.
Donna A. Walsh, Esq.
Daniel T. Brier, Esq.
Patrick J. Brier, Esq.
425 Biden Street, Suite 200
Scranton, PA 18503
Telephone: (570) 342-6100
Email: *dwalsh@mbklaw.com*
*rarmezzani@mbklaw.com;*
*dbrier@mbklaw.com; pbrier@mbklaw.com*
**Attorneys for Plaintiffs,**
**Aleida Aquino and Brendalis Lopez**

*/s/ Bernadette Reyes*
*/s/ Chad W Dunn*

**UCLA Voting Rights Project**
Bernadette Reyes, Esq.
Chad W. Dunn, Esq.
3250 Public Affairs Building
Los Angeles, CA 90095
Telephone: 626-434-5898
Email: *bernadette@uclavrp.org*
Telephone: 310-400-6019
*Email: chad@uclavrp.org*
***Attorneys for Plaintiffs,***
***Aleida Aquino and Brendalis Lopez***

Dated: March 16, 2026

*Erin E. Lamb*

**McAngus Goudelock & Courie, LLC**
Erin E. Lamb, Esq.
2000 Market Street, Suite 2850
Philadelphia, PA 19103
**Mailing Address: Post Office Box 12519**
**Columbia, SC 29211**
Telephone: (484) 406-4200
Email: eric.fitzgerald@mgclaw.com

*/s/ John G. O'Neill*
**McAngus Goudelock & Courie, LLC**
John G. O'Neill, Esq.
53 State Street, Suite 1305
Boston, MA 02109
**Mailing Address: Post Office Box 12519**
**Columbia, SC 29211**
**Telephone: 617-830-7424**
Email: John.ONeill@mgclaw.com
*PRO VAC VICE*

***Attorneys for Defendant,***
***Hazleton Area School District***

Dated: March 16, 2026