**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALEIDA AQUINO and BRENDALIS LOPEZ, . <br> Plaintiffs, <br><br> v. <br><br> HAZLETON AREA SCHOOL DISTRICT, <br> Defendant. | NO. 3:24-CV-00206 |

## ORDER

**AND NOW**, this _17th_ day of _March_ 2026, **IT IS HEREBY ORDERED** that the Joint Motion to Extend All Deadlines 90 Days is **GRANTED**. The revised deadlines governing the discovery and dispositive motions phase of the above-captioned civil action are as follows:

**Fact Discovery:** July 13, 2026

**Plaintiff's Expert Reports:** August 10, 2026

**Defendant's Expert Reports:** September 7, 2026

**Supplemental Expert Reports:** September 21, 2026

**Dispositive Motions _and_ Supporting Briefs:** November 9, 2026

All other provisions of this Court's January 27, 2025 order (ECF No. 52) remain in effect.

_Karoline Mehalchick_
**KAROLINE MEHALCHICK, J.**