**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

BRENDALIS LOPEZ and EMMANUEL MARTINEZ,

Plaintiffs,

v.

HAZLETON AREA SCHOOL DISTRICT,

Defendant.

NO. 3:24-CV-00206

**ORDER**

**AND NOW**, this 1st day of September 2026, **IT IS HEREBY ORDERED** that the Motion for Leave to File Plaintiffs' Second Amended Complaint is **GRANTED**. The Clerk is directed to file the Second Amended Complaint, attached as Exhibit "A" to the Motion, as a new docket entry.

BY THE COURT:

Karoline Mehalchick
KAROLINE MEHALCHICK
United States District Judge