**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BRENDALIS LOPEZ and EMMANUEL MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>HAZLETON AREA SCHOOL DISTRICT<br><br>Defendant. | Civil Action No. 3:24-cv-00206 |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT WITH AFFIRMATIVE DEFENSES**

In accordance with Federal Rule of Civil Procedure 6(b)(1)(A), Defendant, Hazleton Area School District ("HASD"), by and through its undersigned counsel, hereby moves for an Order enlarging HASD's time to file an Answer to Plaintiffs' Second Amended Complaint with Affirmative Defenses until September 25, 2026. In support of this Motion, HASD avers the following:

1. On February 5, 2024, Plaintiffs Aleida Aquino and Brendalis Lopez filed a Complaint against HASD in the United States District Court for the Middle District of Pennsylvania, and the matter was assigned Civil Action No. 3:24-cv-00206 (Doc. No. 1).

2. On December 29, 2025, Plaintiffs filed their First Amended Complaint, substituting Emmanuel Martinez as a Plaintiff in place of Aleida Aquino (Doc. No. 86).

3. On August 3, 2026, Plaintiffs filed a Motion for Leave to File a Second Amended Complaint ("Motion for Leave") in light of the recent U.S. Supreme Court decision in *Louisiana v.* Callais, 146 S. Ct. 1131 (2026) (Doc. No. 91).

4. On August 31, 2026, HASD filed letter correspondence, concurring in Plaintiffs' Motion for Leave, but not admitting any of the allegations in the Second Amended Complaint or waiving any Affirmative Defenses (Doc. No. 96).

5. On September 1, 2026, this Honorable Court granted Plaintiffs' Motion for Leave and filed Plaintiffs' Second Amended Complaint on the Court docket (Doc. Nos. 97 and 98).

6. HASD's Answer to Plaintiffs' Second Amended Complaint with Affirmative Defenses is currently due on September 15, 2026.

7. Due to the complex nature and seminal issues involved in this dispute, good cause exists to enlarge the time for HASD to respond to Plaintiffs' Second Amended Complaint.

8. HASD respectfully requests an extension of ten (10) days, i.e., until September 25, 2026 to file its Answer to Plaintiffs' Second Amended Complaint with Affirmative Defenses.

9. Plaintiffs do not oppose this Motion.

**WHEREFORE**, HASD respectfully requests that this Honorable Court enlarge the time for HASD to respond to Plaintiffs' Second Amended Complaint until September 25, 2026.

Dated: September 9, 2026

Eric A. Fitzgerald, Esquire
Joseph G. Grady, Esquire
McAngus, Goudelock & Courie, LLC
2000 Market Street, Suite 2850
Philadelphia, PA 19103
Mailing Address: P.O. Box 12519
Columbia, SC 29211
Phone: (484) 406-4200
Email: eric.fitzgerald@mgclaw.com
joe.grady@mgclaw.com
*Attorneys for Defendant,*
*Hazleton Area School District*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BRENDALIS LOPEZ and EMMANUEL MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>HAZLETON AREA SCHOOL DISTRICT<br><br>Defendant. | Civil Action No. 3:24-cv-00206 |

**<u>CERTIFICATE OF CONCURRENCE</u>**

I, Joseph G. Grady, Esquire, hereby certify that I sought the concurrence of Bernadette Reyes, Esquire, counsel for Plaintiffs, in this Motion. Plaintiffs do not oppose this Motion.

Joseph G. Grady
____________________________
Joseph G. Grady, Esquire
*Attorney for Defendant,*
*Hazleton Area School District*

Date: September 9, 2026