**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BRENDALIS LOPEZ and EMMANUEL MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>HAZLETON AREA SCHOOL DISTRICT<br><br>Defendant. | Civil Action No. 3:24-cv-00206 |

**PROPOSED ORDER**

**AND NOW**, this ___________ day of ____________________, 2026, upon consideration of Defendant Hazleton Area School District's ("HASD") Unopposed Motion to Enlarge Time to File Answer to Plaintiffs' Second Amended Complaint with Affirmative Defenses, it is hereby **ORDERED** as follows:

1. HASD's Unopposed Motion to Enlarge Time to File Answer to Plaintiffs' Second Amended Complaint with Affirmative Defenses is **GRANTED**; and

2. HASD shall file an Answer to Plaintiffs' Second Amended Complaint with Affirmative Defenses on or before September 25, 2026.

**BY THE COURT:**

_________________________________
MEHALCHICK, KAROLINE, J.