**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BRENDALIS LOPEZ and EMMANUEL MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>HAZLETON AREA SCHOOL DISTRICT<br><br>Defendant. | Civil Action No. 3:24-cv-00206 |

**CERTIFICATE OF SERVICE**

I, Joseph G. Grady, Esquire, hereby certify that a true and correct copy of the foregoing Unopposed Motion for Enlargement of Time was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing by ECF on all counsel of record on this 9th day of September 2026.

Joseph G. Grady

Joseph G. Grady, Esquire
*Attorney for Defendant,*
*Hazleton Area School District*